UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BALJIT SINGH,

              Petitioner,

    v.

WILLIAM P. BARR, et al.,

              Respondents.

Case No. 19-cv-02340-HSG

**ORDER OF TRANSFER**

Petitioner, a detainee of the United States Immigration and Customs Enforcement ("ICE") currently incarcerated at the Aurora Detention Center County Jail, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his current indefinite detention.

Section 2241 allows "the [U.S.] Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). "[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). Petitioner is confined in Colorado, which lies within the venue of the District of Colorado. *See* 28 U.S.C. § 85. Therefore, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b)(2). Accordingly, this case is TRANSFERRED to the United States District Court for the District of Colorado. *See* 28 U.S.C. § 1406(a).

//

//

//

//

//

The Clerk shall terminate all pending motions and transfer the entire file to the District of Colorado.

**IT IS SO ORDERED.**

Dated:    5/13/2019

_Haywood S. Gill Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge